UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERATED MUTUAL INSURANCE COMPANY, | Case No.: 11-CV-00248-LHK |
| Plaintiff, | |
| v. | ORDER RESETTING CASE MANAGEMENT CONFERENCE |
| CARDOZO-DUNLAP MOTOR COMPANY, KENNETH KAISER, | |
| Defendants. | |

The deadline for filing ADR certification is continued to April 27, 2011. The deadline for filing Rule 26(f) report and completing initial disclosures is continued to May 11, 2011. The Case Management Conference, previously scheduled for April 20, 2011, is hereby continued until May 25, 2011 at 2 p.m. Further continuances will be disfavored.

**IT IS SO ORDERED.**

Dated: March 31, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00248-LHK
ORDER RESETTING CASE MANAGEMENT CONFERENCE