1  Bryan M. Weiss (SBN: 128679)
   **MURCHISON & CUMMING, LLP**
2  801 South Grand Avenue, 9th Floor
   Los Angeles, California 90017-4613
3  Telephone: (213) 623 7400
   Facsimile: (213) 623 6336
4  E-Mail: bweiss@murchisonlaw.com

5  Attorneys for Plaintiff,
   FEDERATED MUTUAL INSURANCE COMPANY

               UNITED STATES DISTRICT COURT

          FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATED MUTUAL INSURANCE COMPANY, | CASE NO. CV11-00248 EJD (HRL) |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | [~~PROPOSED~~ *Re Order*] ORDER LODGED HEREWITH] |
| CARDOZO-DUNLAP MOTOR COMPANY, KENNETH KAISER, | |
| Defendants. | |

Plaintiff FEDERATED MUTUAL INSURANCE COMPANY hereby requests that the above-entitled matter be dismissed in its entirety. The matter was settled prior to appearances being made by any defendants.

DATED: October 4, 2011          **MURCHISON & CUMMING, LLP**

                                By: /s/ Bryan M. Weiss
                                    Bryan M. Weiss
                                    Attorneys for Plaintiff, FEDERATED
                                    MUTUAL INSURANCE COMPANY

## ORDER

Pursuant to the request of plaintiff, the above entitled action is hereby dismissed with prejudice, with each party to bear its respective costs.

The Clerk shall close this file.

DATED: October __6__, 2011

_____
Edward J. Davila
JUDGE OF THE UNITED STATES
DISTRICT COURT

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, California 90017-4613.

On October 4, 2011, I served true copies of the following document(s) described as **REQUEST FOR DISMISSAL** on the interested parties in this action as follows:

**SEE ATTACHED LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address jburnier@murchisonlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 4, 2011, at Los Angeles, California.

_____
Jennifer Burnier